# United States District Court
## Violation Notice

CVB Location Code: **MN3**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6732087 | G. KEMP | 1098 |

6732087

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 1/15/26 1300 | 6 CFR 139.35d |

Place of Offense: Main Vehicle entrance to One Federal Dr, Ft. Snelling, MN 5511

Offense Description: Factual Basis for Charge — Obstructing

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Scott | Jayden | D |

Street Address:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A** ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Refuse to sign.

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 01/22/2026 11:29

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **1/15**, 20 **26** while exercising my duties as a law enforcement officer in the _____ District of **MN**.

I observed Jayden Scott walk into the roadway multiple times after being warned and removed twice. Each time officers moved demonstrators out of the roadway, and issued verbal warnings via LRAD. Scott walked back into the roadway, and incited other demonstrators to follow.

The foregoing statement is based upon:

☑ my personal observation ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/15/2026**

Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/22/2026 11:29